WILLIAM E. COLVIN, *Plaintiff in Error,* v. JOHN WAHL
AND KATHERINE WAHL, FOR THE USE OF M. C. BOLEY,
INDIVIDUALLY AND AS TRUSTEE, *Defendant's in Error.*

Division A.

Decision Filed November 10, 1925.

Petition for Rehearing Denied January 8, 1926.

A Writ of Error to the Circuit Court for Escambia
County; A. G. Campbell, Judge.

*John S. Beard,* for Plaintiff in Error;

*E. C. Maxwell,* for Defendants in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the court upon the transcript of the record of the
judgment herein, and briefs and argument of counsel for
the respective parties, and the record having been seen and
inspected, and the court being now advised of its judgment
to be given in the premises, it seems to the court that there
is no error in the said judgment; it is, therefore, considered,
ordered and adjudged by the court that the said judgment
of the Circuit Court be, and the same is hereby, affirmed.

WEST, C. J., AND WHITFIELD, TERRELL, STRUM AND
BROWN, J. J., concur.